JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LEYENDECKER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. CV13-4936 RGK (JEMx)<br><br>(**PROPOSED**) ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES |

　　　IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties. The parties are to bear their own respective attorneys' fees and costs.

DATED: February 20, 2014　　　*Gary Klausner*
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4822-6482-7160 v1　　　- 1 -　　　CASE NO. CV13-4936 RGK (JEMX))
(PROPOSED) ORDER RE STIP. FOR DISM. W/PREJ. OF ENTIRE ACTION AGAINST ALL PARTIES.